**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guideone Insurance Company, ) | No. CV 03-2222-PCT-MHM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| St. Andrew's Episcopal Church, et al., ) | |
| Defendants. ) | |

On March 25, 2006, this Court entered its order granting summary judgment to Plaintiff Guideone Insurance Company on its First, Second and Sixth Declaratory claims for relief against Defendants St. Luke's on the Hill, Diocese of the Western States of the Anglican Province of Christ the King; St. Luke's Episcopal Church; Robert Eis; Barbara Yokum; David Debois; Shirley Debois; Mary Shultzman; Mary Blakley; Mary Schwartz; John W. Corey, an individual and as the conservator of the estate of Dorothy Wilcox Smith, deceased; and Mary Jane Keur, an individual as the surviving heir of Charles William Shipley. (Dkt.#103). The Court noted in its order that the case had been stayed as to Defendant Madelyn McMannes because of pending bankruptcy proceedings. (Dkt.#81).

On August 2, 2006, the Court entered final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure in favor of Plaintiff and against all Defendants, except Defendant Madelyn McMannes because of the stay resulting from bankruptcy proceedings. On August 25, 2006, Plaintiff renewed its request for entry of default against Defendant Madelyn

1  McMannes based upon its position that the stay should not have been imposed by the Court.
2  The Court, upon reviewing the record and finding that the bankruptcy proceedings involving
3  Ms. McMannes terminated, lifted the stay and directed the Court to entertain Plaintiff's
4  request for entry of default against Ms. McMannes. (Dkt.#110).  On October 16, 2006, the
5  Clerk of the Court entered default against Defendant Ms. McMannes pursuant to Rule 55(a)
6  of the Federal Rules of Civil Procedure. (Dkt.#111).
7      The only remaining issue before the Court is whether default judgment should be entered
8  against Defendant Ms. McMannes pursuant to Rule 55(b)(2) Fed.R.Civ.P.   Plaintiff
9  specifically requests that such judgment be entered consistent with the Court's March 25,
10 2006 order with respect to Plaintiff's First, Second and Sixth Declaratory claims for relief.
11 In reviewing the record in this case, it is clear that Ms. McMannes has never appeared in this
12 action despite being served with the Summons and First Amended Complaint. (Dkt.#11).
13 Moreover, the Court has previously determined the merits of the suit against her as the claims
14 appear identical to those previously determined by this Court.  As such, the Court finds that
15 entry of default judgment pursuant to Rule 55(b)(2) is proper.  See Draper v. Coombs, 792
16 F.2d 915 (9th Cir. 1986) (stating that granting or denying default judgment is within the
17 court's sound discretion).
18     **Accordingly**,
19     **IT IS HEREBY ORDERED** granting Plaintiff's Motion to Enter Judgment in favor of
20 Guideone and against Madelyn McMannes on Plaintiff's First, Second and Sixth Declaratory
21 claims for relief pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.
22 (Dkt.#109).
23     **IT IS FURTHER ORDERED** directing the Clerk to enter Judgment against Defendant
24 Madelyn McMannes accordingly.
25     DATED this 6th day of November, 2006.
26
27
28     _____
    Mary H. Murguia
    United States District Judge